# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT WINCHESTER

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 4:24-cr-20-2 |
| v. ) | |
| ) | Judge Atchley |
| ) | |
| DANIEL TOWNS ) | Magistrate Judge Dumitru |

## ORDER

Magistrate Judge Mike Dumitru filed a report and recommendation recommending that the Court: (1) grant Defendant's motion to withdraw his not guilty plea as to Count Four and Count Six of the 14-count Indictment; (2) accept Defendant's guilty plea as to Count Four and Count Six; (3) adjudicate the Defendant guilty of Count Four and Count Six; (4) defer a decision on whether to accept the plea agreement [Doc. 82] until sentencing; and (5) order that Defendant remain in custody until sentencing in this matter. [Doc. 93]. Neither party filed a timely objection to the report and recommendation. After reviewing the record, the Court agrees with Magistrate Judge Dumitru's report and recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the Magistrate Judge's report and recommendation [Doc. 93] pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

1. Defendant's motion to withdraw his not guilty plea as to Count Four and Count Six of the Indictment is **GRANTED**;

2. Defendant's plea of guilty to Count Four and Count Six is **ACCEPTED**;

3. Defendant is hereby **ADJUDGED** guilty of Count Four and Count Six;

4. A decision on whether to accept the plea agreement is **DEFERRED** until sentencing; and

5. Defendant **SHALL REMAIN** in custody until sentencing in this matter which is scheduled to take place on **August 7, 2025, at 10:00 a.m. [EASTERN]** before the undersigned.

**SO ORDERED.**

s/ *Charles E. Atchley, Jr.*
**CHARLES E. ATCHLEY, JR.**
**UNITED STATES DISTRICT JUDGE**